```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA

                       CHARLESTON


1STARR DALTON,

          Plaintiff,

v.                              Case No. 2:10-cv-01297

JIM RUBENSTEIN,
DAVID BALLARD, and
DIANNE MARTIN,

          Defendants.
```

## PROPOSED FINDINGS AND RECOMMENDATION

By Memorandum Opinion and Order entered March 11, 2011 (ECF No. 7), the undersigned denied the plaintiff's application to proceed without prepayment of fees or costs, pursuant to 28 U.S.C. § 1915(g). The plaintiff was ordered to pay the $350 filing fee, in full, by April 11, 2011, and warned that if the filing fee were not paid, the undersigned would recommend that the presiding District Judge dismiss this civil action. The undersigned proposes that the presiding District Judge **FIND** that the plaintiff has failed to pay the filing fee. Accordingly, it is respectfully **RECOMMENDED** that the presiding District Judge dismiss this case without prejudice for failure to pay the filing fee.

The plaintiff is notified that this "Proposed Findings and Recommendation" is hereby **FILED,** and a copy will be submitted to the Honorable Joseph R. Goodwin, Chief United States District

Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the plaintiff shall have fourteen days (filing of objections) and three days (mailing) from the date of filing this "Proposed Findings and Recommendation" within which to file with the Clerk of this Court, specific written objections, identifying the portions of the "Proposed Findings and Recommendation" to which objection is made, and the basis of such objection. Extension of this time period may be granted for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be provided to Chief Judge Goodwin.

The Clerk is directed to file this "Proposed Findings and Recommendation," and to mail a copy of the same to the plaintiff.

May 3, 2011  
    Date

    Mary E. Stanley  
    United States Magistrate Judge